

U.S. Department of Justice

United States Attorney
District of Arizona

---

Two Renaissance Square  (602) 514-7500
40 N. Central Avenue, Suite 1200  FAX: (602) 514-7693
Phoenix, Arizona 85004-4408  Civil FAX: (602) 514-7760

April 10, 2012

Honorable Steven P. Logan
U.S. Magistrate Judge
Sandra Day O'Connor U.S. Courthouse, Suite 401
401 W. Washington Street, SPC 53
Phoenix, Arizona 85003-2154

FILED ___ LODGED
___ RECEIVED ___ COPY

APR 1 0 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Re:   *United States v. Kevin Angileri and Joseph Monahan*
      USAO No. 2009R21141

Dear Judge Logan:          CR 12 0755 PHX ROS MB

This case has been or may be assigned to you. In order for you to determine whether a potential conflict may exist in a matter that has been assigned to your Court, and in light of your former positions with the Department of Justice, you have requested that we automatically provide the following information. We have carefully reviewed all the available records in our office, including the computer data, and determined that (mark the appropriate category and sub-category, if applicable):

**XX     A CONFLICT MAY EXIST**

   **XX**   The case or matter was in this office while you were an Assistant United States Attorney in the OCDETF Unit and/or a Deputy Criminal Chief in the Office of the U.S. Attorney **(December 30, 2001 through August 28, 2010)**. My review of the file indicates you had direct involvement in this matter. This case came to you as Deputy Criminal Chief and supervisor of the White Collar section and you assigned the matter to me.

Sincerely yours,

ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

/s/ Frank T. Galati

FRANK T. GALATI
Assistant U.S. Attorney