

**U.S. Department of Justice**

United States Attorney
District of Arizona

*Two Renaissance Square*      (602) 514-7500
*40 N. Central Avenue, Suite 1200*      FAX: (602) 514-7693
*Phoenix, Arizona 85004-4408*      Civil FAX: (602) 514-7760

April 10, 2012

Honorable Michelle H. Burns
U.S. Magistrate Judge
Sandra Day O'Connor U.S. Courthouse,
401 W. Washington Street, SPC 12
Phoenix, Arizona 85003-2154

    Re:    *United States v. Kevin Angileri and Joseph Monahan*
          USAO No. 2009R21141



CR 12 0755 PHX ROS MB

Dear Judge Burns:

    This case has been or may be assigned to you. In order for you to determine whether a potential conflict may exist in a matter that has been assigned to your Court, and in light of your former position with the United States Attorney's Office for the District of Arizona, you have requested that we automatically provide the following information. We have carefully reviewed all the available records in our office, including the computer data, and determined that this investigation began after completion of your tenure with the United States Attorney's Office. Accordingly, no conflict exists.

                                     Sincerely yours,

                                       ANN BIRMINGHAM SCHEEL
                                     Acting United States Attorney
                                     District of Arizona

                                   FRANK T. GALATI
                                   Assistant U.S. Attorney