JOHN S. LEONARDO
United States Attorney
District of Arizona
DENISE ANN FAULK
Assistant U.S. Attorney
Arizona State Bar No. 12700
Financial Litigation Unit
405 W. Congress Street, #4900
Tucson, Arizona 85701-5041
Telephone: (520)620-7300
Denise.Faulk@usdoj.gov
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Kevin Buurma Angileri,<br><br>　　　　　Defendant,<br><br>ComVoice, Inc.,<br><br>　　　　　Garnishee. | **CR 12-00755-001-PHX-ROS**<br><br>**NOTICE OF SERVICE OF DOCUMENTS ON JUDGMENT DEBTOR** |

　　　　Pursuant to Rule 5, Fed.R.Civ.P., and 28 U.S.C. § 3004, Judgment Creditor United States of America, hereby certifies that a copy of the Writ of Garnishment, along with the initial Clerk's Notice to Judgment Debtor and instructions were sent to Judgment Debtor by certified mail and by first-class mail on December 21, 2015, to the last known address of Judgment Debtor, and service was made upon Garnishee along with instructions with regard to answering.

　　　　DATED: December 21, 2015.

　　　　　　　　　　　　　　　　　　　JOHN S. LEONARDO
　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　District of Arizona

　　　　　　　　　　　　　　　　　　　*s/ Denise Ann Faulk*
　　　　　　　　　　　　　　　　　　　Denise Ann Faulk
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney